VOGL MEREDITH BURKE LLP
Emily Fowler [SBN 258152]
Anastasia McMurry [SBN 309466]
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone:   (415) 398-0200
Facsimile:   (415) 398-2820
Email:       efowler@vmbllp.com
             amcmurry@vmbllp.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TORREY HALL,<br><br>                   Plaintiff,<br><br>        vs.<br><br>TARGET CORPORATION, DOES 1 TO 50,<br><br>                   Defendant. | Solano County Superior Court<br>Case No. FCS057886<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY JURISDICTION); DEMAND FOR JURY TRIAL**<br><br>Complaint Filed:  March 01, 2022 |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant TARGET CORPORATION ("Defendant") hereby removes to this Court the state court action described below.

**INTRODUCTION**

1. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court by defendants pursuant to 28 U.S.C. section 1441 (b) in that this action involves citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

**PROCEDURES FOR REMOVAL**

2. On March 01, 2022, Plaintiff Torrey Hall filed an action in the Superior Court of the State of

California, in and for the County of Solano, styled *Torrey Hall v. Target Corporation, et al.*, Case Number FCS057886, attached hereto as **Exhibit "A"**, alleging causes of action for general negligence and premises liability stemming from an alleged incident in which a weight fell onto Plaintiff's foot at a Target store located at 2059 Cadenasso Drive in Fairfield, California.

3. Notice of Removal is timely pursuant to 28 U.S.C. § 1446.   In cases where removability does not on the face of the state court complaint, a notice of removal must be filed "within thirty days after receipt by the defendant, through service or otherwise" of an amended pleading, motion, order or other paper from which removability can be ascertained.   28 U.S.C. § 1446(b)(3).   On May 25, 2022, Plaintiff served Defendant with a Statement of Damages, attached hereto as **Exhibit "B"**.

4. Currently, there are no other defendants who have been properly joined and served and therefore no consent for removal is necessary at this time.

5. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being promptly served upon Plaintiffs and filed with the Clerk of the Superior Court of the State of California for the County of Solano.

6. Assignment to this Court in the Sacramento Division is proper because the state court action was originally filed in Solano County. See L.R.3-2(d).

## DIVERSITY OF CITIZENSHIP

7. For purposes of diversity jurisdiction, diversity must exist at the time a complaint is filed, and at the time of removal.   *Strotek Corp. v. Air Transp. Ass'n. of Am.*, 300 F.3d 1129, 1131 (9th Cir. 2002.).

8. For diversity purposes, a person is a "citizen" of the state in which he is domiciled.   *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983).   Complete diversity of citizenship exists in that: Plaintiff is a citizen of the State of California; and, Defendant Target Corporation is a corporation incorporated under the laws of Minnesota.

## JURISDICTIONAL AMOUNT

9. While Defendant denies liability as to Plaintiff's claims, Defendant has a reasonable, good faith belief that the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000),

exclusive of interest and costs, based upon Plaintiff's Statement of Damages, attached hereto as **Exhibit "B"**, which indicates that Plaintiff has medical expenses to date in the amount of $29,877.90 and loss of earnings to date of $100,000. Plaintiff is also seeking general damages in the amount of $600,000. Further, the Statement of Damages indicates that Plaintiff is still treating, and that surgery has been recommended, and therefore she will have future special damages which will increase her damages "considerably."

10. An action may be removed if the defendant establishes, by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional amount. *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 699 (9th Cir. 2007).  To establish by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional amount, "the defendant must provide evidence establishing that it is 'more likely than not' that the amount in controversy exceeds that amount." *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

11. In determining whether the amount in controversy is proper for diversity jurisdiction, the Ninth Circuit has "…endorsed the Fifth Circuit's practice of considering facts presented in the removal petition as well as any 'summary-judgment-type evidence relevant to the amount in controversy at the time of removal.'" *Matheson v. Progressive Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003).

12. In determining the amount in controversy, the Court must consider the aggregate of general damages, special damages, punitive damages, and attorneys' fees. *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998) (claims for statutory attorneys' fees to be included in amount in controversy, regardless of whether such an award is discretionary or mandatory); *Davenport v. Mutual Benefit Health & Accident Ass'n*, 325 F.2d 785, 787 (punitive damages must be taken into account where recoverable under state law); *Conrad Assoc. v. Hartford Accident & Ind. Co.*, 994 F. Supp. 1196, 1198 (N.D. Cal. 1998) ("amount in controversy" includes claims for general and special damages).

13. Plaintiff's Statement of Damages, attached hereto as **Exhibit "B"**, indicates that Plaintiff has medical expenses to date in the amount of $29,877.90 and loss of earnings to date of $100,000. Plaintiff is also seeking general damages in the amount of $600,000. Further, the Statement of

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY JURISDICTION); DEMAND FOR JURY TRIAL

Damages indicates that Plaintiff is still treating, and that surgery has been recommended, and therefore she will have future special damages which will increase her damages "considerably."

14. Based on the above purported facts, it is "more likely than not" that the amount in controversy exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. section 1332(a).

**VENUE**

15. Venue in this Division of this Court is proper because the alleged negligent events underlying the allegations in the Plaintiffs' complaint took place in Solano County, California.

**28 U.S.C. section 1446**

16. Pursuant to 28 U.S.C. section 1446(a), copies of all process, pleadings, and orders in Defendant's possession are already included in **Exhibit "A."**

17. Pursuant to 28 U.S.C. section 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the Superior Court for the County of Solano written notice regarding removal of this action, attaching a copy of this Notice of Removal and all supporting papers.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands a jury trial in this matter.

Dated: May 27, 2022

VOGL MEREDITH BURKE LLP

By: _____
Emily Fowler
Anastasia McMurry
Attorneys for Defendant
TARGET CORPORATION

# EXHIBIT A

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
CHRISTOPHER R. EINSELEN, ESQ    (Bar # 294273)
KUVARA LAW FIRM
550 Las Gallinas Ave.
San Rafael, CA 94903
   TELEPHONE NO: (415) 479-7070     FAX NO.:
ATTORNEY FOR *(Name):* TORREY HALL, Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
  STREET ADDRESS: 580 Texas Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: Fairfield 94533
  BRANCH NAME: Unlimited Civil

FOR COURT USE ONLY

**ENDORSED FILED**
Clerk of the Superior Court

MAR 01 2022   A. PULIDO

By
DEPUTY CLERK

CASE NAME:
    TORREY HALL v. TARGET CORPORATION, et al

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: FCS 05 7886 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: CHRISTINE CARRINGER  12  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. [ ] Large number of separately represented parties
  b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. [ ] Substantial amount of documentary evidence
  d. [ ] Large number of witnesses
  e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[X] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
4. Number of causes of action *(specify):* TWO (2)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 2/24/2022

CHRISTOPHER R. EINSELEN, ESQ
   (TYPE OR PRINT NAME)
                                *Christopher R. Einselen*
                                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |

*LexisNexis® Automated California Judicial Council Forms*

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TARGET CORPORATION and DOES 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
TORREY HALL

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO<br>Unlimited Civil<br>580 Texas Street, Fairfield, CA 94533 | CASE NUMBER:<br>*(Número del Caso):*<br>FCS 057886 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
CHRISTOPHER R. EINSELEN, ESQ    (Bar # 294273)
KUVARA LAW FIRM                                          Phone No.: (415) 479-7070
550 Las Gallinas Ave., San Rafael, CA 94903

| DATE:<br>*(Fecha)* | MAR 01 2022 | Clerk, by<br>*(Secretario)* | R. PUPINO | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* TARGET CORPORATION

   under: ☒ CCP 416.10 (corporation)              ☐ CCP 416.60 (minor)
         ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
         ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
         ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>CHRISTOPHER R. EINSELEN, ESQ (State Bar # 294273)<br>KUVARA LAW FIRM<br>550 Las Gallinas Ave.<br>San Rafael, CA 94903<br><br>TELEPHONE NO: (415) 479-7070    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* TORREY HALL, Plaintiff | *FOR COURT USE ONLY* |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO |
| STREET ADDRESS: 580 Texas Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Fairfield 94533 |
| BRANCH NAME: Unlimited Civil |

**ENDORSED FILED**
Clerk of the Superior Court

**MAR 01 2022**

By _____ R. PULIDO
DEPUTY CLERK

| | |
|---|---|
| PLAINTIFF: TORREY HALL<br><br>DEFENDANT: TARGET CORPORATION<br><br>[X] DOES 1 TO ___50___ | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] **AMENDED** *(Number):*<br>Type *(check all that apply):*<br>[ ] **MOTOR VEHICLE**   [X] **OTHER** *(specify):* Premises Liability<br>[ ] **Property Damage**   [ ] **Wrongful Death**<br>[X] **Personal Injury**   [ ] **Other Damages** *(specify):* | CASE NUMBER:<br>FCS 057886 |
| Jurisdiction *(check all that apply):*<br>[ ] **ACTION IS A LIMITED CIVIL CASE**<br>Amount demanded   [ ] does not exceed $10,000<br>              [ ] exceeds $10,000, but does not exceed $25,000<br>[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | |

1. Plaintiff *(name or names):* TORREY HALL

   alleges causes of action against **defendant** *(name or names):* TARGET CORPORATION

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult

   a. [ ] **except plaintiff** *(name):*
   - (1) [ ] a corporation qualified to do business in California
   - (2) [ ] an unincorporated entity *(describe):*
   - (3) [ ] a public entity *(describe):*
   - (4) [ ] a minor [ ] an adult
     - (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
     - (b) [ ] other *(specify):*
   - (5) [ ] other *(specify):*

   b. [ ] **except plaintiff** *(name):*
   - (1) [ ] a corporation qualified to do business in California
   - (2) [ ] an unincorporated entity *(describe):*
   - (3) [ ] a public entity *(describe):*
   - (4) [ ] a minor [ ] an adult
     - (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
     - (b) [ ] other *(specify):*
   - (5) [ ] other *(specify):*

*ASSIGNED TO JUDGE CHRISTINE CARRINGER FOR ALL PURPOSES*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |

*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001

| SHORT TITLE:<br><br>TORREY HALL v. TARGET CORPORATION, et al | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:

    is doing business under the fictitious name *(specify)*:

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☒ **except** defendant *(name)*: TARGET CORPORATION  c. ☐ **except** defendant *(name)*:
    (1) ☒ a business organization, form unknown    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:    (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:    (5) ☐ other *(specify)*:

  b. ☐ **except** defendant *(name)*:    d. ☐ **except** defendant *(name)*:
    (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:    (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:    (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:    (5) ☐ other *(specify)*:

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants *(specify Doe numbers)*: _____1 to 50_____ were the agents or employees of other
    named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants *(specify Doe numbers)*:_____1 to 50_____ are persons whose capacities are unknown to
    plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| TORREY HALL v. TARGET CORPORATION, et al | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [ ] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [X] other damage *(specify):*
      Pain and suffering, inconvenience, emotional trauma, transportation expenses to and from health care providers, pre-judgement interest and any other incidental damages.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 2/24/2022

CHRISTOPHER R. EINSELEN, ESQ
(TYPE OR PRINT NAME)

▶ *Christopher R. Einselen*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| TORREY HALL v. TARGET CORPORATION, et al | |

_____FIRST_____   CAUSE OF ACTION—General Negligence   Page ___4___
(number)

ATTACHMENT TO   [X] Complaint   [  ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* TORREY HALL

alleges that defendant *(name):* TARGET CORPORATION

[X] Does ___1___ to ___25___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* March 19, 2020
at *(place):* Target Store at 2059 Cadenasso Drive in the City of Fairfield, County of Solano, State of
California.
*(description of reasons for liability):*

Plaintiff TORREY HALL, being lawfully at the premises located at 2059 Cadenasso Drive, Fairfield.
CA, she was in the store in the sporting goods department looking as a display for aisle E26 endcap
when an unsecured weight fell off the shelf and onto her foot.

Defendants, and each of them, negligently and carelessly regulated, operated, maintained and otherwise
controlled the accident site, thereby creating a dangerous condition of said premises in such manner and
after a time when Defendants, and each of them, knew or through the exercise of reasonable care
should have known, that such negligent conduct, as herein alleged, would be likely to cause injury to
Plaintiff's and others.  As a result of the failure to warn, maintain, repair, replace , and secure
merchandise on display to keep it from falling on a customer. Plaintiff suffered personal injuries.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms.

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| TORREY HALL v. TARGET CORPORATION, et al | |

<u>SECOND</u>      **CAUSE OF ACTION—Premises Liability**     Page   <u>5</u>
(number)

ATTACHMENT TO   [ X ] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* TORREY HALL
     alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
     On *(date):* March 19, 2020     plaintiff was injured on the following premises in the following
     fashion *(description of premises and circumstances of injury):*
     Plaintiff TORREY HALL, being lawfully at the premises located at 2059 Cadenasso Drive,
     Fairfield. CA, she was in the store in the sporting goods department looking as a display for aisle
     E26 endcap when an unsecured weight fell off the shelf and onto her foot.

     Defendants, and each of them, negligently and carelessly regulated, operated, maintained and
     See Attachment Prem.L-1

Prem.L-2.    [ X ]   **Count One—Negligence** The defendants who negligently owned, maintained, managed and
         operated the described premises were *(names):* TARGET CORPORATION

         [ X ] Does    1    to    50

Prem.L-3.    [ X ]   **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
         or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
         *(names):* TARGET CORPORATION

         [ X ] Does    1    to    50

         Plaintiff, a recreational user, was   [ X ] an invited guest   [ ] a paying guest.

Prem.L-4.    [ X ]   **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
         on which a dangerous condition existed were *(names):*

         [ X ] Does    1    to    50

         a. [ ]   The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
              dangerous condition in sufficient time prior to the injury to have corrected it.
         b. [ ]   The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ X ]   **Allegations about Other Defendants** The defendants who were the agents and employees of the
         other defendants and acted within the scope of the agency were *(names):* TARGET
         CORPORATION

         [ X ] Does    1    to    50

         b. [ ]   The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
              [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

# Attachment

Attachment Prem.L-1

otherwise controlled the accident site, thereby creating a dangerous condition of said premises in such manner and after a time when Defendants, and each of them, knew or through the exercise of reasonable care should have known, that such negligent conduct, as herein alleged, would be likely to cause injury to Plaintiff's and others. As a result of the failure to warn, maintain, repair, replace , and secure merchandise on display to keep it from falling on a customer. Plaintiff suffered personal injuries.



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SOLANO

## CIVIL DIVISION

☑ OLD SOLANO COURTHOUSE
580 Texas Street
Fairfield, CA 94533
(707) 207-7330

☐ HALL OF JUSTICE
600 Union Avenue
Fairfield, CA 94533
(707) 207-7330

---

Plaintiff(s):   TORREY HALL

Defendant(s): TARGET CORPORATION

Case No.  FCS057886

**NOTICE OF CASE MANAGEMENT
CONFERENCE ONE
AND
NOTICE OF ASSIGNMENT OF
JUDGE FOR ALL PURPOSES**

---

**PURSUANT TO LOCAL RULES AND BY ORDER OF THIS COURT, THIS MATTER HAS BEEN
CALENDARED FOR CASE MANAGEMENT CONFERENCE ONE:**

> **Date:**  6/21/2022          **Time:**   8:30 a.m.

**THIS MATTER HAS BEEN ASSIGNED FOR ALL PURPOSES TO:**

Judge Christine A. Carringer, Department 12

**ALL HEARINGS WILL BE HELD AT:**  580 Texas Street, Fairfield, California 94533

---

The obligations of counsel, or any party not represented by an attorney, in regard to Case Management
Conference One and any Case Management Conference Two set by the court are as follows:

1.    Service of the complaint must be within sixty (60) calendar days of the date of filing.

2.    Service and filing of any responsive pleadings must be within thirty (30) days after service of the
complaint. The time for filing responsive pleadings may not be extended except as authorized by law.
Appearance at the Case Management Conference does not excuse a litigant from the requirement of filing and
serving a responsive pleading within this deadline.

3.    Plaintiff shall serve a copy of this *Notice of Case Management Conference One and Notice of Assignment
of Judge for All Purposes ("Notice of CMC One")* on all defendants with the complaint.

4.    Any party serving a cross-complaint shall serve a copy of this *Notice of CMC One* on each cross-
defendant with the cross-complaint.

5.    Any cross-complaint served after Case Management Conference One has been held shall have a *Notice
of Case Management Conference Two* served with it.

6.    At least thirty days before the date set for Case Management Conference One, all counsel and self-
represented parties shall comply with the meet and confer obligations of California Rules of Court, rule 3.724.

7.    A *Case Management Statement* (Judicial Council form CM-110) shall be filed with the court and served on
all parties by each counsel by the 15th calendar day before the date set for Case Management Conference
One.

8.    At least one party demanding a jury on each side of a civil case must pay a nonrefundable fee of $150.00
on or before the initial case management conference or as otherwise provided by statute.

---

**NOTICE OF CMC ONE AND NOTICE OF ASSIGNMENT OF JUDGE**

0900-CV  REV. 01-01-2020

9.    At Case Management Conference One the court shall inform counsel and self-represented parties of the date, time and place for Case Management Conference Two and shall make any orders regarding what is expected that counsel and self-represented parties will accomplish in regard to the case before the filing of the Case Management Statement for Case Management Conference Two.

10.    Each counsel shall complete, file, and serve on all parties a completed Case Management Statement by the 15th calendar day before the date set for Case Management Conference Two.

11.    At any Case Management Conference, counsel shall be completely aware of all procedural, factual, and legal aspects of the case, and have full authority to discuss and resolve any issues that arise at the conference, including settlement of the case. This applies equally to both attorneys of record and specially-appearing counsel.

12.    The court may impose sanctions pursuant to Solano County Local Rules, rule 4.6, in the event that a Case Management Statement is not timely filed and/or served, or is not fully completed, or the requirements of Rule 4.6 are not met.

---

COUNSEL AND SELF-REPRESENTED PARTIES ARE OBLIGATED TO REVIEW AND COMPLY WITH LOCAL AND STATEWIDE RULES REGARDING CIVIL LITIGATION. They are available at:
*http://www.courts.ca.gov/rules.htm*
*http://www.solano.courts.ca.gov/LocalRulesofCourt.html*

---

## AFFIDAVIT OF SERVICE

I, the undersigned, declare under penalty of perjury that I am employed as a deputy clerk of the above-entitled court and not a party to the within-entitled action, and that I served this notice as follows:

☐    I personally served the person named below on (*date*):_____at

(*time*)_____.

Name: _____

☐ Party        ☐ Attorney of Record        ☐ Representative

---

I,_____, acknowledge receipt of a copy of this *Notice of Case Management Conference One and Notice of Assignment of Judge for All Purposes*.

Date: _____      _____
                                                         Signature

---

☑    I caused to be placed a true copy of this notice in an envelope which was then sealed and postage fully prepaid on the date shown below; that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the above stated document will be deposited in the Superior Court of California, County of Solano's outgoing mailbox for collection by county mail carriers on the date indicated.  Said envelope was addressed to the attorneys for the parties, or the parties, as shown below:

CHRISTOPHER R EINSELEN
KUVARA LAW FIRM
550 LAS GALLINAS AVE
SAN RAFAEL, CA 94903

☐ See attached for additional service addresses

Date:  3/8/2022                           Clerk of the Court
                                                      Superior Court of California, County of Solano    R. PULIDO

                                                      By: _____
                                                                                Deputy Clerk

---

**NOTICE OF CMC ONE AND NOTICE OF ASSIGNMENT OF JUDGE**

FILED/ENDORSED
Clerk of the Superior Court

MAY 12 2022

By_____
A. Amaral
DEPUTY CLERK

CMFF417006 $435

1  VOGL MEREDITH BURKE LLP
Emily Fowler (SBN 258152)
2  456 Montgomery St., 20th Flr
San Francisco, CA 94104
3  Tel: (415) 398-0200
Fax: (415) 398-2820
4  efowler@vmbllp.com

5  Attorneys for Defendant
TARGET CORPORATION

6

7

8                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                        **FOR THE COUNTY OF SOLANO**

10  TORREY HALL,                          CASE NO: FCS057886

11              Plaintiff,                **DEFENDANT TARGET**
                                          **CORPORATION'S ANSWER**
12      vs.

13  TARGET CORPORATION, DOES 1 TO 50,

14              Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28



                                    1
                                 ANSWER

Defendant TARGET CORPORATION ("Defendant") hereby answers the Original Complaint ("Complaint") filed by Plaintiff TORREY HALL ("Plaintiff"):

## GENERAL AND SPECIFIC DENIALS

Pursuant to the provisions of California Code of Civil Procedure section 431.30(d), Defendant denies, generally and specifically, each and every allegation contained in the Complaint, and further denies that Plaintiff has been damaged in the amount or amounts alleged therein, or in any other amount, or at all, by reason of any act or omission on the part of Defendant, or by any act or omission by any agent or employee of Defendant.  Defendant further denies, generally and specifically, that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

The Complaint, and each and every cause of action alleged therein fails to state facts sufficient to constitute a cause of action for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Accidental or Unavoidable Injury)

The Complaint, and each and every cause of action alleged therein, is barred because Defendant was not negligent at the time of the accident.

## THIRD AFFIRMATIVE DEFENSE

### (Acts of Other Parties)

Defendant alleges that, if Defendant is subjected to any liability by Plaintiff, it will be due in whole or in part to the acts and/or omissions of other parties, or parties unknown at this time, and any recovery obtained by Plaintiff should be barred or reduced according to law, up to and including the whole thereof.

## FOURTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

The Complaint, and each and every cause of action alleged therein, is barred in that Plaintiff, with full knowledge of all risks attendant thereto, voluntarily and knowingly assumed any and all

risks attendant upon Plaintiff's conduct, including any purported damages alleged to be related thereto and proximately caused thereby.

## FIFTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

Defendant alleges that Plaintiff was negligent, and otherwise at fault, with regard to the events alleged in the Complaint, and such negligence and fault is the proximate cause of any liabilities or damages Plaintiff may incur.   Accordingly, Plaintiff's recovery, if any, should be precluded or reduced in proportion to their negligence and fault.

## SIXTH AFFIRMATIVE DEFENSE

### (Exercise of Reasonable Care)

Defendant exercised reasonable care and did not know, and in the exercise of reasonable care could not have known, of the alleged acts or allegations in connection with the conditions which are the subject of the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure of Others to Exercise Reasonable Care)

If Defendant is subjected to any liability herein, it will be due in whole, or in part, to the acts and/or omissions of other Defendants or other parties unknown at this time, and any recovery obtained by Plaintiff should be barred or reduced according to law, up to and including the whole thereof.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Exercise Ordinary Care)

The Complaint, and each and every cause of action alleged therein, is barred in that Plaintiff failed to exercise ordinary and reasonable care on Plaintiff's own behalf and such negligence and carelessness was a proximate cause of some portion, up to and including the whole of, Plaintiff's own alleged injuries and damages, if any, and Plaintiff's recovery therefore should be barred or reduced according to law, up to and including the whole thereof.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff failed to take reasonable steps and make reasonable expenditures to reduce Plaintiff's claims, damages, losses, if any, and that said failure to mitigate Plaintiff's damages bars or reduces any claims, losses, or damages.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Notice)

Defendant alleges that it did not have either actual or constructive notice of the conditions, if any, which existed at the time and places mentioned in the Complaint, which conditions may have caused or contributed to the damages as alleged herein. Said lack of notice prevented Defendant from undertaking any measures to protect against or warn of said conditions.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Lack of Particularity)

The Complaint, and each and every cause of action alleged therein, is barred in that Plaintiff failed to particularize the claims in the Complaint, thereby depriving Defendant of the ability to ascertain the true bases of Plaintiff's claim, if any, and the law applicable to the claim.

## TWELFTH AFFIRMATIVE DEFENSE

### (No Constructive Notice of Dangerous Condition)

The Complaint, and each and every cause of action alleged therein, is barred by the fact that Defendant did not have constructive notice of the allegedly unsafe conditions on the premises.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Obvious Danger)

Defendant alleges that Plaintiff failed to exercise reasonable and ordinary care, caution, or prudence for Plaintiff's own safety in order to avoid the alleged accident.  The resulting injuries and damages, if any, sustained by Plaintiff were proximately caused and contributed to by the negligence of Plaintiff, in that any possible danger with regard to the accident in question was obvious to anyone using reasonable care.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Reimbursement)

Defendant alleges that any reimbursement, from whatever source, to Plaintiff of the alleged damages must be applied against any liability of Defendant.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Several Liability for Non-Economic Damages)

If Defendant has any liability to Plaintiff in this action, which is denied, it is only severally liable for Plaintiff's non-economic damages under California Civil Code sections 1431.1 and 1431.2. Therefore, Defendant requests a judicial determination of the percentage of its negligence, if any, which proximately contributed to the subject incident.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Uncertainty)

Defendant alleges that the causes of action in the Complaint, and each of them, are uncertain and ambiguous as to Plaintiff's claim for damages against Defendant.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Willful Misconduct)

Defendant alleges that if Plaintiff was injured and/or damaged as set forth in the Complaint, or in any other way, sum or manner, or at all, then said injuries and/or damages and the whole thereof, proximately and concurrently resulted from and were caused, in whole or in part, by the willful and serious misconduct on the part of the Plaintiff with regard to each and every activity at the times and places mentioned in the Complaint and all times relevant thereto.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Additional Defenses)

Defendant may have additional defenses that cannot be articulated due to Plaintiff's failure to particularize Plaintiff's claims, due to the fact that Defendant does not have copies of certain DOCUMENTS bearing on Plaintiff's claims and due to Plaintiff's failure to provide more specific information concerning the nature of the damage claims and claims for certain costs for which Plaintiff alleges that Defendant may share some responsibility. Defendant therefore reserves the

right to assert additional defenses upon further particularization of Plaintiff's claims, upon examination of the DOCUMENTS provided, upon discovery of further information concerning the alleged damage claims and claims for costs, and upon the development of other pertinent information.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1.   That Plaintiff takes nothing by way of the Complaint;

2.   That judgment be entered against Plaintiff and in favor of Defendant on all causes of action;

3.   That Defendant be awarded attorneys' fees and costs of suit incurred herein; and

4.   That Defendant be awarded such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by jury in the above-entitled matter.

DATED:  May 11, 2022                    VOGL MEREDITH BURKE LLP


                                        Emily Fowler
                                        Attorneys for Defendant
                                        TARGET CORPORATION

*Torrey Hall vs. Target Corporation, et al.*
Solano County Superior Court Case No. FCS057886

**PROOF OF SERVICE**

I, Alice Lei, declare as follows:

I am a citizen of the United States, I am over the age of eighteen (18) years and am not a party to this action.  I am employed in the City and County of San Francisco, State of California, and my business address is 456 Montgomery Street, 20th Floor, San Francisco, California, 94104.

On **May 11, 2022**, I served or caused the within: **DEFENDANT TARGET CORPORATION'S ANSWER** on the attorney(s) of record in this action as follows:

   **X**         by having a true copy thereof caused to be served via **electronic service** to the person(s) at the address(es) as set forth below.

**Plaintiff's Attorney:**
Christopher R. Einselen, Esq.
Kuvara Law Firm
550 Las Gallinas Avenue
San Rafael, California 94903
Telephone No:  (415) 479-7070
Email:          ceinselen@18004injury.com

I am readily familiar with this law firm's practice for the collection and processing of documents for mailing, Federal Express overnight mail, and facsimile transaction and said document(s) are deposited with the United States Postal Service or Federal Express depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **May 11, 2022**, in San Francisco, California.

_____
Alice Lei

PROOF OF SERVICE

1  VOGL MEREDITH BURKE LLP
   Emily Fowler [SBN 258152]
2  Anastasia McMurry [SBN 309466]
   456 Montgomery Street, 20th Floor
3  San Francisco, California 94104
   Telephone:   (415) 398-0200
4  Facsimile:   (415) 398-2820
   Email:       efowler@vmbllp.com
5              amcmurry@vmbllp.com

6  Attorneys for Defendant
   TARGET CORPORATION

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    IN THE COUNTY OF SOLANO

10

11 TORREY HALL,                           Case No. FCS057886

12          Plaintiff,
                                          NOTICE OF POSTING JURY FEES ON
13      vs.                               BEHALF OF DEFENDANT TARGET
                                          CORPORATION
14 TARGET CORPORATION, DOES 1 TO 50,

15          Defendant
                                          Complaint Filed:  March 01, 2022
16

17      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

18      PLEASE TAKE NOTICE that Defendant TARGET CORPORATION hereby posts jury fees in

19 the amount of $150.00 in the above-entitled action.

20

21 Dated: May 11, 2022                    VOGL MEREDITH BURKE LLP

22                                        By: _____
23                                        Emily Fowler
                                          Anastasia McMurry
                                          Attorneys for Defendant
24                                        TARGET CORPORATION

25

26

27

28

NOTICE OF POSTING JURY FEES ON BEHALF OF DEFENDANT TARGET CORPORATION

*Torrey Hall vs. Target Corporation, et al.*
Solano County Superior Court Case No. FCS057886

**PROOF OF SERVICE**

I, Alice Lei, declare as follows:

I am a citizen of the United States, I am over the age of eighteen (18) years and am not a party to this action. I am employed in the City and County of San Francisco, State of California, and my business address is 456 Montgomery Street, 20th Floor, San Francisco, California, 94104.

On **May 11, 2022**, I served or caused the within: **NOTICE OF POSTING JURY FEES ON BEHALF OF DEFENDANT TARGET CORPORATION** on the attorney(s) of record in this action as follows:

  **X**        by having a true copy thereof caused to be served via **electronic service** to the person(s) at the address(es) as set forth below.

**Plaintiff's Attorney:**
Christopher R. Einselen, Esq.
Kuvara Law Firm
550 Las Gallinas Avenue
San Rafael, California 94903
Telephone No:  (415) 479-7070
Email:          ceinselen@18004injury.com

I am readily familiar with this law firm's practice for the collection and processing of documents for mailing, Federal Express overnight mail, and facsimile transaction and said document(s) are deposited with the United States Postal Service or Federal Express depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **May 11, 2022**, in San Francisco, California.

_____
Alice Lei

PROOF OF SERVICE

# EXHIBIT B

CIV-050

*- DO NOT FILE WITH THE COURT-*
*-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER R. EINSELEN, ESQ   (Bar # 294273)<br>KUVARA LAW FIRM<br>550 Las Gallinas Ave.<br>San Rafael, CA 94903<br>TELEPHONE NO.: (415) 479-7070 | |

ATTORNEY FOR *(name):* TORREY HALL, Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO**
STREET ADDRESS: 580 Texas Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fairfield 94533
BRANCH NAME: Unlimited Civil

PLAINTIFF: TORREY HALL
DEFENDANT: TARGET CORPORATION

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>FCS-057886 |
|---|---|

To *(name of one defendant only):* TARGET CORPORATION
Plaintiff *(name of one plaintiff only):* TORREY HALL
seeks damages in the above-entitled action, as follows:

**1. General damages**

AMOUNT

a. [X] Pain, suffering, and inconvenience ................................................. $ 500,000.00
b. [X] Emotional distress. ...................................................................... $ 100,000.00
c. [ ] Loss of consortium ...................................................................... $
d. [ ] Loss of sociey and companionship *(wrongful death actions only)* ......... $
e. [ ] Other *(specify)* .......................................................................... $
f. [ ] Other *(specify)* .......................................................................... $
g. [ ] Continued on Attachment 1.g.

**2. Special damages**

a. [X] Medical expenses *(to date)* .......................................................... $ 29,877.90
b. [X] Future medical expenses *(present value)* ........................................ $ TBD
c. [X] Loss of earnings *(to date)* ........................................................... $ 100,000.00
d. [X] Loss of future earning capacity *(present value)* ............................... $ TBD
e. [ ] Property damage ........................................................................ $
f. [ ] Funeral expenses *(wrongful death actions only)* ................................ $
g. [ ] Future contributions *(present value) (wrongful death actions only)* ....... $
h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* ... $
i. [ ] Other *(specify)* .......................................................................... $
j. [ ] Other *(specify)* .......................................................................... $
k. [X] Continued on Attachment 2.k.

**3.** [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $
when pursuing a judgment in the suit filed against you.

Date: 5/25/2022
Christopher R. Einselen
(TYPE OR PRINT NAME)
(Proof of service on reverse)
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007]    **STATEMENT OF DAMAGES**<br>**(Personal Injury or Wrongful Death)**    Code of Civil Procedure, §§ 425.11, 425.115<br>www.courtinfo.ca.gov<br>*LexisNexis® Automated California Judicial Council Forms*

**ATTACHMENT 2.K**

Torrey Hall is still treating and was recommended surgery. For that reason, the special damages may increase considerably. She will have high medical expenses and she may need to take an unknown amount of time off work.

CIV-050

| PLAINTIFF: TORREY HALL | CASE NUMBER: |
|---|---|
| DEFENDANT: TARGET CORPORATION | FCS-057886 |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☒ Statement of Damages ☐ Other *(specify):*

   b. on *(name):*

   c. by serving ☐ defendant ☒ other *(name and title or relationship to person served):* Attorney(s) for Defendant Target Corporation: Emily Fowler, Esq. Vogl Meredith Burke LLP

   d. ☒ by delivery ☐ at home ☐ at business
      (1) date: 05/25/2022
      (2) time: 2:22 pm
      (3) address: efowler@vmbllp.com; alei@vmbllp.com

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**

   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**

   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**

   f. ☒ **Other** *(specify code section):* Electronic Service
      ☒ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/25/2022

*Marie Hotchkin-Aceve*
▶ _____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115

*LexisNexis® Automated California Judicial Council Forms*

1

## PROOF OF SERVICE BY ELECTRONIC MAIL (E-MAIL)

2    **TORREY HALL v. TARGET CORPORATION**
     Solano County Superior Court, Case No. FCS-057886
3

4    I am over the age of eighteen (18) years and not a party to the within action.  I am employed by the

5    Kuvara Law Firm, 550 Las Gallinas Avenue, San Rafael, CA 94903-3619.

6    My electronic service address is: maceves@18004injury.com.

7            I electronically served the following document(s):

8            **PLAINTIFF TORREY HALL'S STATEMENT OF DAMAGES**

9     to the interested parties in this action as follows:

10   **Attorney(s) for Defendant Target Corporation:**
     Emily Fowler, Esq.
11   Vogl Meredith Burke LLP
     456 Montgomery St, 20th Flr
12   San Francisco, CA  94104
     efowler@vmbllp.com
13   alei@vmbllp.com

14   (X)  **ONLY BY ELECTRONIC TRANSMISSION**. Service has been performed by e-mailing the

15   document(s) to the persons at the e-mail addresses listed above, as previously notified that,

16   during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send

17   physical mail as usual, and is therefore using only electronic mail.

18

19   I declare under penalty of perjury under the laws of the State of California that the foregoing

20   is true and correct, and that this declaration was executed on **May 25, 2022**

21

22

23                                                   *Marie Hotchkin-Aceves*
                                                     _____
24                                                   MARIE HOTCHKIN-ACEVES

25

26

27

28

*Torrey Hall vs. Target Corporation, et al.*
United States District Court Eastern District of California
Sacramento Division – Case No: 2:22-at-00548
Solano County Superior Court Case No. FCS057886

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, California, and I am over the age of 18 years and not a party to the within action. My electronic notification address is alei@vmbllp.com and my business address is 456 Montgomery Street, 20th Floor, San Francisco, California 94104.

On **May 31, 2022**, I served or caused the within: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441 (DIVERSITY JURISDICTION); DEMAND FOR JURY TRIAL** on the attorney(s) of record in this action as follows:

   **X**        by having a true copy thereof caused to be served via **electronic service** to the person(s) at the address(es) as set forth below.

**Plaintiff's Attorney:**
Christopher R. Einselen, Esq.
Kuvara Law Firm
550 Las Gallinas Avenue
San Rafael, California 94903
Telephone No:  (415) 479-7070
Email:          ceinselen@18004injury.com
                maceves@18004injury.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **May 31, 2022**, in San Francisco, California.


        */s/ Alice Lei*
        Alice Lei