UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORREY HALL, | No. 2:22-cv-0937 DAD DB |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, | |
| Defendant. | |

On February 3, 2023, defendant Target Corporation filed a motion to compel compliance with a subpoena served on non-party Alameda Health System. (ECF No. 8.) Defendant's motion was improperly noticed for hearing before the assigned District Judge. (ECF No. 9.) Accordingly, on February 17, 2023, defendant filed an amended noticed of motion for hearing before the undersigned on March 24, 2023, pursuant to Local Rule 302(c)(1).[1] (ECF No. 10.)

Defendant's filing, however, does not reflect service of the amended notice of motion on the non-party. (Id. at 2.) Moreover, it appears that defendant's meet and confer efforts may have consisted of a letter sent on December 5, 2022. (ECF No. 8-2 at 2.) Although meeting and conferring may be impossible if the opposing side refuses to do so, the undersigned would expect

---

[1] Defendant's amended notice states that defendant "submits this motion for decision without oral argument." (ECF No. 10 at 2.) Defendant shall omit such statements in future filings before the undersigned to avoid confusion. All motions noticed for hearing before the undersigned shall be heard on the date noticed unless otherwise ordered by the undersigned.

1

more than a single letter sent two months prior to filing the notice of motion to support that conclusion.[2]

      Accordingly, IT IS HEREBY ORDERED that:

      1. The March 24, 2023 hearing of defendant's motion to compel (ECF No. 8) is continued to **Friday, May 12, 2023, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[3];

      2. Within fourteen days of the date of this order defendant shall attempt additional meet and confer efforts; and

      3. Within fourteen days of the date of this order defendant shall file proof of service of the amended notice of motion to compel and this order on non-party Alameda Health Systems.

DATED: March 20, 2023            /s/ DEBORAH BARNES
                                                      UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\hall0937.mtc.cont.ord

---

[2] In order to ensure full compliance with the meet and confer requirement defendant should consult the Local Rules and the undersigned's Standard Information re discovery disputes found on to the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.

[3] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference. The Zoom ID Number and password are confidential and are not to be given to anyone. Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.